NUMBER 13-00-486-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

 

 

CARLOS
GUERRA, INDIVIDUALLY, MICHAEL MOORE, 

INDIVIDUALLY, AND GUERRA & MOORE, L.L.P.,                    Appellants,

 

                                                   v.

 

MARK
A. CANTU,                                                                  Appellee.

 

 

                         On appeal from the 93rd  District Court

                                  of Hidalgo County, Texas.

 

 

                                   O P I N I O N

 

                      Before Justices
Dorsey, Hinojosa, and Castillo

Opinion
Per Curiam

 








Appellants, CARLOS GUERRA, INDIVIDUALLY, MICHAEL MOORE, INDIVIDUALLY, AND GUERRA
& MOORE, L.L.P., perfected an appeal from an order entered by the 93rd District Court of Hidalgo County, Texas, in
cause number C-1165-00-B. 
After the record and briefs were filed and after the appeal was abated
for settlement negotiations, appellants filed a motion to dismiss the
appeal.  Appellants request that this
Court dismiss the appeal.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the appeal should be reinstated and the motion to dismiss should be
granted.  The appeal in this cause is
hereby REINSTATED.  Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 20th
day of June, 2002.